GARRICK S. LEW  SBN # 61889
Law Offices of Garrick S. Lew & Associates
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone:  (415) 788-9000
Fasimile:   (415) 522-1506

Attorney for Defendant
David Duckart

**FILED**

JAN 3 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> DAVID DUCKART, <br><br> Defendant. | CR No. 98-40120  SBA <br> CR No. 06-00472  SBA <br> CR No. 4-06-70812 WDB **now CR-06-00824-SBA** <br><br> ADDITIONAL SPECIAL CONDITIONS <br> OF PRETRIAL RELEASE |

In addition to the CONDITIONS OF RELEASE AND APPEARANCE in each of the above listed cases, defendant is subject to the following special conditions of release;

1. Defendant shall remove and uninstall any and all DSL\High Speed internet connections and shall terminate all existing internet provider service at 2622 Derby Drive, San Ramon, California and shall not access to the internet without approval of the Office of the United States Attorney.

2. Defendant shall surrender possession of all his computers, desktop, laptop, and mobile communication devices [including, but not limited to PDF, Blackberry, TREO, Palm] including all cellular phones to his attorney Garrick S. Lew forthwith.

3. Defendant shall terminate all cellular and internet provider services.

4. Defendant shall have one telephone land line with a new unlisted number at his residence. Defendant shall provide the unlisted phone number to the government and the land line shall be subject to pen register monitoring, cost of monitoring to be paid for by defendant.

5. Defendant shall remain on 24 hour home detention and electronic monitoring at his residence

*cc: WDB's Stats, Copy to parties via ECF, Pretrial Financial, Lisa Clark*

1  supervised by Pretrial Services. Pretrial Services shall have the right to conduct unannounced visits for
2  purposes of supervision and compliance with all conditions of supervised release. Defendant shall have
3  the right to visits with his medical providers and attorneys with prior approval of Pretrial Services.

4  6.  Defendant shall disclose names, addresses and phone numbers of any and all known players,
5  agents and runners who contact defendant while on pretrial release. Defendant shall also provide the
6  government with the same contact information regarding players, agents and runners who have been in
7  engaged with defendant in sports betting activity since August 2006 so that the government can contact
8  these individuals to advise the individuals not to have further contact with defendant.

9  7.  Defendant shall disclose the following financial information:
10     a.  Present balance in the Pinnacle Account;
11     b.  Monthly accounting of all disbursements from the Pinnacle Account used to pay for
12         necessities and ordinary daily living expenses;
13     c.  Monthly accounting of all income and expenses including source of funds used and
14         received;
15     d.  Disclose the location and present balances of all brokerage, checking, savings, time
16         certificate deposits or negotiable financial instruments. Defendant shall not withdraw
17         or transfer funds on deposit without prior approval of the government.

19  So Stipulated.

21  Dated: December 20, 2006             /s/
                                         George L. Bevan, Jr.
22                                       Assistant United States Attorney

23
24  Dated: December 20, 2006             /s/
                                         Garrick S. Lew
                                         Attorney for Defendant David Duckart
25
26      SO ORDERED.

27  Dated: ~~December 20, 2006~~
                                         Wayne D. Brazil
28                                       United States Magistrate Judge

                                         Signed 1/3/07