GARRICK S. LEW, ESQ. (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94108
Telephone: (415) 788-2712
Facsimile: (415) 522-1506

Attorneys for Defendant
DAVID DUCKART

FILED

FEB 7 – 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID DUCKART,<br><br>Defendant. | CR No. 98-40120   SBA<br>CR No. 06-00472   SBA<br>CR No. 4-06-70812 WDB<br><br>EXPARTE APPLICATION FOR TRAVEL ORDER |

**REQUEST FOR TRAVEL ORDER**

Defendant DAVID DUCKART, through counsel, requests permission of the Court to travel to Lake Tahoe to repair the main water pipe at his Lake Tahoe property which burst in a recent freeze. Mr. Duckart must also remove all of his personal belongs at the residence prior to the close of escrow. The property has been sold and escrow will close once the government approves of the transaction and removes a jeopardy tax lien on the property. The court granted defendant's previous request to travel to the Lake Tahoe property earlier in this case.

DAVID DUCKART will travel by automobile from San Ramon, California through the Northern and Eastern districts of California to the South Lake Tahoe area and will be at his Lake Tahoe residence repairing, cleaning and moving his personal belongs out to ready the property for transfer at close of escrow from February 7, 2007 through February 12, 2007.

cc: WDB's Staff, Copy to parties via ECF, Pretrial, Financial, Lisa Clark

Defendant is on pretrial release on a secured $500,000 real property bond. Defendant's next appearance before the Honorable Saundra Brown Armstrong is presently scheduled for February 15, 2007. DAVID DUCKART is a naturalized United States citizen and is currently on 24 hour house arrest home detention.

On February 6, 2007 counsel discussed the proposed travel plans with AUSA George Bevan and the government has no objection to the request.

Dated: February 6, 2007

Respectfully Submitted,

_____
Garrick S. Lew

## ORDER

Based on the above, good cause appearing, it is hereby ordered that defendant be permitted to travel to his Lake Tahoe residence from February 7 through February 12, 2007 to conduct necessary repairs, remove personal belongings and ready the house for sale.

DATED: 2/7/07

_____
Magistrate Judge, U.S. District Court