GARRICK S. LEW  SBN # 61889
Law Offices of Garrick S. Lew & Associates
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone:    (415) 575-3588
Facsimile:    (415) 522-1506

Attorney for Defendant
David Duckart

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>DAVID DUCKART,<br>　　　　　　Defendant. | CR No. 98-40120   SBA<br>CR No. 06-00472   SBA<br>CR No. 06-00824   SBA<br><br>STIPULATION OF PARTIES MODIFYING SPECIAL CONDITIONS OF PRETRIAL RELEASE |

The United States, through its counsel AUSA Stephen Corrigan, and defendant David Duckart, through his counsel Garrick S. Lew, hereby agree and stipulate to modify the following Special Condition of pretrial release as set forth below:

1. Defendant's electronic monitoring scheduled is modified to exclude the hours of 10 a.m. to 6 p.m. daily to allow defendant to tend to his personal needs and business to prepare for his voluntary surrender to the Federal Bureau of Prisons on June 16, 2008.

**Factual Basis for Proposed Modification of Pretrial Release Terms**

Defendant's residence and second home have jeopardy tax assessment liens recorded against title. Defendant must appeal the excise tax jeopardy assessments in tax court. Defendant must provide tax counsel with financial information pertaining to his income and expenses to prepare his 2007 tax return and to process his excise tax assessment appeal. Defendant must also make arrangements with friends, relatives or financial entities to manage and tend to his business and personal financial affairs

1  before defendant surrenders on June 16, 2008 to begin serving his 8 month federal prison sentence.
2  Defendant remains on 24\7 house arrest\detention in San Ramon and cannot accomplish these tasks
3  under his present pretrial release conditions.
4      Counsel has discussed the proposed modification with Pretrial Services officer Richard Sarlatte
5  and AUSA Steven Corrigan and the government and Pretrial Services have no objection to the proposed
6  modification of defendant's electronic monitoring hours.
7      **So Stipulated**.

Dated: May 20, 2008                            _____/S/_____
                                               Stephen Corrigan
                                               Assistant United States Attorney

Dated: May 19, 2008                            _____/S/_____
                                               Garrick S. Lew
                                               Attorney for Defendant David Duckart

    SO ORDERED.

Dated: May 23, 2008                            _____
                                               Wayne D. Brazil
                                               United States Magistrate Judge