1  GARRICK S. LEW (State Bar #61889)
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103
3  Telephone:  (415) 575-3588
   Facsimile:   (415) 522-1506
4  gsl@defendergroup.com

5  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR:  98-40120 SBA |
| Plaintiff, ) | 06-00472 SBA |
| ) | 06-00824 SBA |
| vs. ) | |
| DAVID LEE DUCKART, ) | STIPULATION AND ORDER |
| ) | EXONERATING REAL PROPERTY |
| Defendant. ) | BONDS ON DEPOSIT WITH THE COURT |

   The parties hereby stipulate, through their respective counsel, STEPHEN CORRIGAN, Assistant United States Attorney for plaintiff United States of America and GARRICK S. LEW, attorney for defendant DAVID LEE DUCKART, that defendant's San Ramon property bond may be exonerated at this time.

   On April 15, 2008, the court entered Judgment of conviction against defendant and the parties stipulate and agree that a Reconveyance of the following Deeds of Trust recorded against the following properties on the dates stated below should be ordered by the court.

   1.   June 26, 2006 Deed of Trust with Assignment of Rents for the real property located at 2622 Derby Drive, San Ramon, CA 94583 shall to be executed by  RICHARD WIEKING, Clerk of the Court in favor of DAVID LEE DUCKART.  The short form Deed of Trust and Assignment of Rents in the amount of $500,000 was recorded in Contra Costa County on July 6, 2006, instrument

no. DOC-2006-0213982-00.

    2.    December 11, 2007 Deed of Trust with Assignment of Rents for the real property located at 2622 Derby Drive, San Ramon, CA 94583 shall to be executed by RICHARD WIEKING, Clerk of the Court in favor of DAVID LEE DUCKART. The short form Deed of Trust and Assignment of Rents in the amount of $250,000 was recorded in Contra Costa County on July 6, 2006, instrument no. DOC-2007-0336538-00.

    3.    December 11, 2007 Deed of Trust with Assignment of Rents for the real property located at 2012 Marconi Way, South Lake Tahoe, California shall to be executed by RICHARD WIEKING, Clerk of the Court in favor of DAVID LEE DUCKART. The short form Deed of Trust and Assignment of Rents in the amount of $750,000 was recorded in El Dorado County on December 21, 2007, instrument no. DOC-2007-0078287-00.

DATED: October 23, 2008               _____/s/_____
                                                    Stephen Corrigan
                                                    Assistant United States Attorney

DATED: October 18, 2008               _____/s/_____
                                                    GARRICK S. LEW
                                                    Attorney for Defendant David Lee Duckart

<u>ORDER</u>

Based upon the above stipulation of the parties, good cause appearing,

**IT IS HEREBY ORDERED** that the above described property be exonerated as surety for bail in the instant action.

**IT IS FURTHER ORDERED** that defense counsel Garrick S. Lew prepare a Reconveyance of the Deed of Trust form for the property to be exonerated. Upon receipt of the instant order and Reconveyances of the Deeds of Trust for the above described properties, the Clerk of the United States District Court, as Trustee under the deed of trust, shall reconvey the described properties to DAVID LEE DUCKART who originally pledged said property as bail. The Clerk of the Court shall

1 | then send the Reconveyances of Deeds of Trust to Garrick S. Lew  Esq., 600 Townsend Street, Suite
2 | 329E, San Francisco, CA  94103, for recording of the Reconveyance in the appropriate counties.

5 | DATED:10/27/08

*Saundra B Armstrong*
The Hon. Saundra B. Armstrong
United States District Court Judge